J. QUINTUS COHEN, as Trustee in Bankruptcy of JOHN T. LEE, Respondent, *v.* CHARLES T. SMALL, Appellant.

*Cohen* v. *Small*, 120 App. Div. 211, affirmed.
(Argued January 7, 1908; decided January 21, 1908.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 21, 1907, reversing an order of the Appellate Term, which affirmed a judgment of the Municipal Court of the city of New York sustaining a demurrer to and dismissing the complaint in an action to recover money alleged to have been paid in violation of the provision of the Bankruptcy Law in regard to preferential payments.

The following questions were certified:

"1. Does it appear upon the face of the complaint that the Municipal Court of the City of New York has jurisdiction of the subject of the action?

"2. Does the complaint state facts sufficient to constitute a cause of action?"

*Henry Bennett Leary* for appellant.

*Michel Kirtland* for respondent.

Order affirmed, with costs, both questions certified answered in the affirmative; no opinion.

Concur: CULLEN, Ch. J., GRAY, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.